HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTHER L. ALLEY,

    Plaintiff,

    v.

CARRINGTON MORTGAGE SERVICES, LLC, *et al.*,

    Defendants.

Case No. 16-1796-RAJ

ORDER

This matter comes before the Court on Defendants Selene Finance, LP and MERS, Inc.'s Motion to Dismiss, or in the Alternative, for a More Definitive Statement (Dkt. # 6) and *pro se* Plaintiff Esther L. Alley's Motion to Amend (Dkt. # 8). For the reasons that follow, the Court **GRANTS** Alley's motion and **DENIES as moot** Defendants' motion.

On November 18, 2016, Alley filed the instant action alleging misconduct by several entities connected to a mortgage foreclosure. Dkt. # 1-1. She also requested leave to proceed *in forma pauperis*. Dkt. # 1. The Court granted her request. Dkt. # 2. Two of the defendants, Selene Finance, LP and MERS, Inc., have since moved for dismissal or a more definite statement. Dkt. # 6. In response, Alley requests that she be permitted to amend her complaint. Dkt. # 8. In connection with her request, she filed a proposed amended complaint. Dkt. # 10.

Because it has been more than twenty-one days since Alley filed her complaint,

ORDER – 1

she may not file an amended complaint as a matter of course. Fed. R. Civ. P. 15(a)(1). Instead, she must obtain the Court's leave. Under Rule 15(a)(2), the Court must "freely give" leave to amend a pleading "when justice so requires." Fed. R. Civ. P. 15(a)(2). "[T]his policy is to be applied with extreme liberality." *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) (quoting *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990)).

Consistent with this policy, and considering Alley's status as a *pro se* litigant, the Court finds that Alley is entitled to file an amended complaint. Accordingly, the Court **GRANTS** Alley's Motion to Amend (Dkt. # 8) and **DENIES as moot** Defendants' Motion to Dismiss, or in the Alternative, for a More Definitive Statement (Dkt. # 6). The Court will construe Alley's Proposed Amended Complaint the operative complaint. Dkt. # 10.

DATED this 25th day of May, 2017.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2